1  NORMAN J. WATKINS (SBN #87327)
   NWatkins@Lynberg.com
2  JONATHAN C. BOND (SBN #280266)
   JBond@Lynberg.com
3  **LYNBERG & WATKINS**
   A Professional Corporation
4  1100 Town & Country Road, Suite 1450
   Orange, California 92868
5  (714) 937-1010 Telephone
   (714) 937-1003 Facsimile
6
   Attorneys for Defendants COUNTY OF ORANGE,
7  SUSAN KANG SCHROEDER, ANTHONY RACKAUCKAS

# JS-6

8
                  **UNITED STATES DISTRICT COURT**
9
        **CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**
10
11 KAREN SCHATZLE,                    Case No. 8:17-CV-01593-AG-JDE

12            Plaintiff,              Assigned for All Purposes to:
                                      Hon. Andrew J. Guilford
13
                                      **[PROPOSED] JUDGMENT**
14    v.
                                      Action Filed:    September 19, 2017
15 ANTHONY RACKAUCKAS, et al;         Trial Date:      August 6, 2019
                                      Special Verdict: August 14, 2019
16
                                      Ctrm:            10D
17            Defendants.

18

19        On September 19, 2017 Plaintiff Karen Schatzle filed her Complaint against

20 defendants the COUNTY OF ORANGE, SUSAN KANG SCHROEDER, and

21 ANTHONY RACKAUCKAS. Docket ("**Dkt**") No. 1.

22        On May 22, 2019 the Court GRANTED Summary Judgment in favor of the

23 County of Orange and Schroeder. Dkt No. 82.

24        On August 6, 2019 trial commenced before a jury of eight (8). Dkt No. 123.

25 / / /

26 / / /

27 / / /

28 / / /

                                      1
                              **JUDGMENT**
4826-6406-0822, v. 1

On August 14, 2019, the jury returned a unanimous special verdict in favor of Defendant Rackauckas and against Plaintiff Schatzle, as follows:

We the jury, in the above entitled action, unanimously find as follows:

**Question No. 1:**

Was plaintiff's candidacy for judge part of her official duties as a public employee?

_____ YES          <u>XXX</u> <u>NO</u>

*The Court has filled in "No," because the parties have already agreed that plaintiff's run for judicial office was not part of her official duties as a public employee. Please answer Question 2, below.*

**Question No. 2**

Did Anthony Rackauckas cause plaintiff Karen Schatzle to suffer an adverse employment action?

<u>X</u> YES          _____ NO

*If your answer to Question 2 is "Yes," answer Question 3, below. If your answer to Question 2 is "No," then please have your presiding juror sign and date this form and return same to the clerk.*

/ / /
/ / /
/ / /
/ / /
/ / /

2
**JUDGMENT**

4826-6406-0822, v. 1

**Question No. 3:**

Was plaintiff Karen Schatzle's campaign for judicial office a substantial or motivating factor for an adverse employment action undertaken by defendant Anthony Rackauckas?

      _____ **YES**            ___X___ **NO**

*If your answer to Question 3 is "Yes", answer Question 4 below. If your answer to Question 3 is "No", then please have the presiding juror sign and date this form and return same to the clerk.*

**Question No. 4:**

Did Plaintiff Karen Schatzle suffer any non-economic damages?

      _____ **YES**            _____ **NO**

*If your answer to Question 4 is "Yes," then proceed to answer Question 5, below. If your answer to Question 4 is "No," then please proceed to Question 6, below.*

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3

**JUDGMENT**

**Question No. 5:**

Plaintiff Karen Schatzle's non-economic damages are
$ _____.

*If Plaintiff suffered no damages, then answer Question 6 below.*

**Question No. 6:**

If you answered "No" to Question 1, and "Yes" to both Questions 2, and 3 above, please answer "YES" to this Question since Plaintiff is entitled to nominal damages not to exceed $1.00.

_____ **YES**

*If you have awarded an amount of damages in response to Question 5, please proceed to Question 7, below.*

**Question No. 7:**

Do you find by clear and convincing evidence that that defendant Anthony Rackauckas acted maliciously, oppressively, or in reckless disregard of violating plaintiff's First Amendment Rights?

_____ **YES**       _____ **NO**

*Please have your Presiding Juror date and sign this verdict form and return it to the clerk.*

Dated: _8/14/19_       ██████████████

*Presiding Juror*

-4

**JUDGMENT**

4826-6406-0822, v. 1

1         NOW, THEREFORE, IT IS ORDERED ADJUDGED, AND DECREED as

2 follows:

3         1.    That Defendants Anthony Rackauckas, Susan Kang Schroeder, and the

4 County of Orange have judgment entered in their favor, and that Plaintiff Karen

5 Schatzle take nothing by way of her Second Amended Complaint against Defendants;

6 and,

7         2.    Defendants Anthony Rackauckas, Susan Kang Schroeder, and the County

8 of Orange may recover their costs of suit in accord with applicable law.

9                   **IT IS SO ORDERED.**

12 Dated: _9/24/19_

**Hon. Andrew J. Guilford**
United States District Court Judge
Central District of California,
Santa Ana Division

5

**JUDGMENT**